## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **ABYGAIL MORRIGAN** | ) | **Case No. 05 B 51718** |
| | ) | |
| **Debtor(s).** | ) | **Hon. Eugene Wedoff** |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed R. Bankr. P 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. HERZOG, Trustee of the above styled estate, has filed a Final Report and the Trustee and the Trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street, Suite 714
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 day from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the Trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objection to the Final Report will be held on December 2, 2009 at 10:00 a.m., before the Honorable Eugene Wedoff, in the United States Courthouse located at 219 South Dearborn Street, Courtroom 744, Chicago, IL 60604.

Date Mailed: _____         By:  /s/    David R. Herzog_____
                                                           Trustee

David R. Herzog
Trustee in Bankruptcy
77 W. Washington Street
Suite 1717
Chicago, IL 60602

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: preed              Page 1 of 1            Date Rcvd: Oct 29, 2009
Case: 05-51718               Form ID: pdf006           Total Noticed: 20

The following entities were noticed by first class mail on Oct 31, 2009.
db          +Abygail A. Morrigan,   977 Golf Course Road, Unit 3,   Crystal Lake, IL 60014-8819
aty         +Bruce E de'Medici,   150 North Michigan Avenue,   3300,   Chicago, IL 60601-7621
aty         +John Ellsworth,   John Ellsworth Law Offices,   929 S. 111th Street,   West Allis, WI 53214-2336
tr          +David R Herzog,   Herzog & Schwartz PC,   77 W Washington Suite 1717,   Chicago, IL 60602-3943
10163568    +American Collections,   919 Estes Ct,   Schaumburg, IL 60193-4436
10163569    +Arrow Financial Services,   Freedman Anselmo Lindberg Rappe,   PO Box 3228,
              Naperville, IL 60566-3228
10163570    +BP,   Po Box 6003,   Hagerstown, MD 21747-6003
10163571    +Capital One,   PO Box 85147,   Richmond, VA 23276-0001
10163572    +Centegra Memorial Medical Center,   3701 Doty Road,   Woodstock, Illinois 60098-7550
10163573    +Geannene Piper,   58 Hill Drive,   Crystal Lake, IL 60014-6150
10163575   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:   IRS,   211 S. Court St.,   Rockford, IL 61101)
10163578    +Merchant's Credit Guide Co,   223 W. Jackson Blvd,   Chicago, IL 60606-6993
10892082    +North Star Capital,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas, TX 75374-0933
10163579    +Pier 1,   9111 Duke Blvd,   Mason, OH 45040-8999
10829509    +Pier 1 Imports, Inc.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
              Dallas, TX 75374-0933
10163580     Providian,   PO Box 660548,   Dallas, TX 75266-0548
10163581     SBC - Risk Management,   One SBC Center Rm 39-L-04,   St Louis, MO 63101
10163582    +Wells Fargo Financial Services,   Customer Service F4008-080,   800 Walnut,
              Des Moines, IA 50309-3605
10163583    +Zenith Acquisition,   220 John Glenn Dr #1,   Amherst, NY 14228-2228

The following entities were noticed by electronic transmission on Oct 29, 2009.
10163576     E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2009 03:37:25     JC Penney,   PO Box 981131,
              El Paso, TX 79998-1131
                                                                                TOTAL: 1


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10924773     Citibank ( South Dakota ) N.A.Assoc./BP AMOCO Paym
10163574     GMAC
10163577*    JC Penney,   P.O. Box 981131,   El Paso, TX 79998-1131
                                                                             TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2009**          **Signature:** *Joseph Speetjens*