# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

In re: MORRIGAN, ABYGAIL A. § Case No. 05-51718
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DAVID HERZOG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $3,010.00 |
| Total Distribution to Claimants: $2,268.19 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $9,660.95 | |

3) Total gross receipts of $ 15,012.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,082.98 (see **Exhibit 2**), yielded net receipts of $11,929.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,660.95 | 9,660.95 | 9,660.95 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 2,268.19 | 2,268.19 | 2,268.19 |
| **TOTAL DISBURSEMENTS** | $0.00 | $11,929.14 | $11,929.14 | $11,929.14 |

   4)   This case was originally filed under Chapter 7 on October 13, 2005.
. The case was pending for 54 months.

   5)   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6)   An individual estate property record and report showing the final accounting of the assets of the estate is attached as   **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as   **Exhibit 9** .

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/30/2010             By:  /s/DAVID HERZOG
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUDULENT CONVEYANCE | 1141-000 | 15,000.00 |
| Interest Income | 1270-000 | 12.12 |
| **TOTAL GROSS RECEIPTS** | | **$15,012.12** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| MORRIGAN, ABYGAIL A. | Dividend paid  81.05% on $3,803.45; Claim# SURPLUS; Filed: $3,803.45; Reference: | 8200-000 | 3,082.98 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$3,082.98** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID HERZOG | 2100-000 | N/A | 2,025.85 | 2,025.85 | 2,025.85 |
| Bruce D'Medici | 3210-000 | N/A | 7,620.00 | 7,620.00 | 7,620.00 |
| International Sureties | 2300-000 | N/A | 15.10 | 15.10 | 15.10 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,660.95 | 9,660.95 | 9,660.95 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Pier 1 Imports, Inc. | 7100-000 | 0.00 | 314.48 | 314.48 | 314.48 |
| Pier 1 Imports, Inc. | 7990-000 | 0.00 | 49.92 | 49.92 | 49.92 |
| North Star Capital | 7100-000 | N/A | 1,281.38 | 1,281.38 | 1,281.38 |
| North Star Capital | 7990-000 | N/A | 203.39 | 203.39 | 203.39 |
| Citibank (South Dakota) N.A. | 7100-000 | N/A | 361.62 | 361.62 | 361.62 |
| Citibank (South Dakota) N.A. | 7990-000 | N/A | 57.40 | 57.40 | 57.40 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 2,268.19 | 2,268.19 | 2,268.19 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-51718  
**Case Name:** MORRIGAN, ABYGAIL A.

**Trustee:** (330520) DAVID HERZOG  
**Filed (f) or Converted (c):** 10/13/05 (f)  
**§341(a) Meeting Date:** 01/11/06  

**Period Ending:** 03/30/10

**Claims Bar Date:** 09/22/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH | 60.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT | 500.00 | 0.00 | | 0.00 | FA |
| 3 | FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 4 | BOOKS | 150.00 | 0.00 | | 0.00 | FA |
| 5 | CLOTHING | 600.00 | 0.00 | | 0.00 | FA |
| 6 | FRAUDULENT CONVEYANCE | 34,000.00 | 15,000.00 | | 15,000.00 | FA |
| 7 | BACK CHILD SUPPORT | 15,000.00 | 0.00 | | 0.00 | FA |
| 8 | DODGE DURANGO | 3,000.00 | 0.00 | | 0.00 | FA |
| 9 | DOG | 0.00 | 0.00 | | 0.00 | FA |
| 10 | CAT #1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | CAT #2 | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 12.12 | FA |
| 12 | Assets    Totals (Excluding unknown values) | **$53,810.00** | **$15,000.00** | | **$15,012.12** | **$0.00** |

**Major Activities Affecting Case Closing:**

Submit final account.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008      **Current Projected Date Of Final Report (TFR):**   October 28, 2009  (Actual)

Printed: 03/30/2010 09:55 AM    V.11.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-51718
**Case Name:** MORRIGAN, ABYGAIL A.

**Taxpayer ID #:** 38-6860172
**Period Ending:** 03/30/10

**Trustee:** DAVID HERZOG (330520)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****90-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/04/08 | {6} | Geannee Pupin a/k/a Geannee Pieper | Settlement of Adversary | 1141-000 | 15,000.00 | | 15,000.00 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.29 | | 15,001.29 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.63 | | 15,002.92 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.17 | | 15,004.09 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.06 | | 15,005.15 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 15,005.76 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 15,006.33 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 15,006.98 |
| 04/14/09 | 1001 | International Sureties | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/14/2009 FOR CASE #05-51718 | 2300-000 | | 15.10 | 14,991.88 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 14,992.49 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,993.08 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.65 | | 14,993.73 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 14,994.36 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 14,994.99 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 14,995.60 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 14,996.21 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.63 | | 14,996.84 |
| 12/10/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.18 | | 14,997.02 |
| 12/10/09 | | To Account #********9066 | TRANSFER OF FUNDS TO NEW OPEN BANK ACCOUNT WITH CHASE BRANCH 312 | 9999-000 | | 14,997.02 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,012.12 | 15,012.12 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 14,997.02 | |
| | | | **Subtotal** | | 15,012.12 | 15.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,012.12** | **$15.10** | |

{} Asset reference(s)

Printed: 03/30/2010 09:55 AM    V.11.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-51718 | | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|---|
| Case Name: | MORRIGAN, ABYGAIL A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****90-66 - Checking Account |
| Taxpayer ID #: | 38-6860172 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 03/30/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/10/09 | | From Account #********9065 | TRANSFER OF FUNDS TO NEW OPEN BANK ACCOUNT WITH CHASE BRANCH 312 | 9999-000 | 14,997.02 | | 14,997.02 |
| 12/10/09 | 101 | DAVID HERZOG | Dividend paid 100.00% on $2,025.85, Trustee Compensation;  Reference: | 2100-000 | | 2,025.85 | 12,971.17 |
| 12/10/09 | 102 | Bruce D'Medici | Dividend paid 100.00% on $7,620.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 7,620.00 | 5,351.17 |
| 12/10/09 | 103 | Pier 1 Imports, Inc. | Dividend paid 100.00% on $314.48; Claim# 1; Filed: $314.48; Reference: | 7100-000 | | 314.48 | 5,036.69 |
| 12/10/09 | 104 | North Star Capital | Dividend paid 100.00% on $1,281.38; Claim# 2; Filed: $1,281.38; Reference: | 7100-000 | | 1,281.38 | 3,755.31 |
| 12/10/09 | 105 | Citibank (South Dakota) N.A. | Dividend paid 100.00% on $361.62; Claim# 3; Filed: $361.62; Reference: | 7100-000 | | 361.62 | 3,393.69 |
| 12/10/09 | 106 | Pier 1 Imports, Inc. | Dividend paid 100.00% on $49.92; Claim# 1I; Filed: $49.92; Reference: | 7990-000 | | 49.92 | 3,343.77 |
| 12/10/09 | 107 | North Star Capital | Dividend paid 100.00% on $203.39; Claim# 2I; Filed: $203.39; Reference: | 7990-000 | | 203.39 | 3,140.38 |
| 12/10/09 | 108 | Citibank (South Dakota) N.A. | Dividend paid 100.00% on $57.40; Claim# 3I; Filed: $57.40; Reference: | 7990-000 | | 57.40 | 3,082.98 |
| 12/10/09 | 109 | MORRIGAN, ABYGAIL A. | Dividend paid  81.05% on $3,803.45; Claim# SURPLUS; Filed: $3,803.45; Reference: | 8200-000 | | 3,082.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,997.02 | 14,997.02 | $0.00 |
| | | | Less: Bank Transfers | | 14,997.02 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 14,997.02 | |
| | | | Less: Payments to Debtors | | | 3,082.98 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $11,914.04 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****90-65 | 15,012.12 | 15.10 | 0.00 |
| Checking # ***-*****90-66 | 0.00 | 11,914.04 | 0.00 |
| | $15,012.12 | $11,929.14 | $0.00 |

{} Asset reference(s)

Printed: 03/30/2010 09:55 AM   V.11.54